No. 702 July 22, 2026 707

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSE VICENTE GONZALEZ-RAMON,
*Defendant-Appellant.*

Marion County Circuit Court
23CR27072, 23CR03433; A186165 (Control), A186166

Courtland Geyer, Judge.

Submitted July 1, 2026.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Rond Chananudech, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, Joyce, Judge, and Hellman, Judge.

PER CURIAM

Affirmed.

**PER CURIAM**

In this consolidated appeal, defendant appeals from a judgment of conviction for second-degree robbery and fleeing or attempting to elude a police officer. Defendant pleaded guilty to those offenses and the trial court imposed, among other sanctions, $384 in restitution. On appeal, he challenges the trial court's imposition of restitution, arguing that the state failed to present evidence that connected defendant's robbery to the damages that the victim (a motel) suffered.

We have "no authority to review any part of a sentence resulting from a stipulated sentencing agreement between the state and the defendant." ORS 138.105(9). Defendant expressly stipulated to the $384 in restitution that the court imposed. We therefore cannot review his claim of error.

Affirmed.